IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01649-RPM

CLAIRE DALAL,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

## ORDER FOR DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice [7] filed December 22, 2010, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

Dated:   December 23rd, 2010

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge